IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH L. WILLIAMS,

      Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

STATE OF FLORIDA,

      Appellee.

CASE NO. 1D14-4334

_____/

Opinion filed February 9, 2015.

An appeal from an order of the Circuit Court for Suwannee County.
David W. Fina, Judge.

Joseph L. Williams, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Michael McDermott and Joshua R. Heller,
Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.